**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick W. Nolen | CHAPTER 7 |
| Sheryl A. Ohman | |
| Debtor(s) | BKY. NO. 22-13046 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PennyMac Loan Services, LLC, and index same on the master mailing list.

    Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
02 Dec 2022, 16:19:05, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322